IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-281-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| EDDIE WAYNE SNEAD, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion to suppress. [DE #75]. Following an evidentiary hearing on February 7, 2011, Magistrate Judge David W. Daniel filed a Memorandum and Recommendation (M&R) on February 15, 2011, recommending that defendant's motion be denied. Defendant has filed no objections to the M&R, and the time for doing so has expired. Therefore, this matter is ripe for adjudication.

The court has carefully reviewed the magistrate judge's M&R, and other documents of record and is convinced that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved. Accordingly, the court hereby adopts the recommendation of the magistrate judge as its own. For the reasons stated in the M&R, the defendant's motion to suppress is DENIED.

This 6th day of April 2011.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
#31