IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-281-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| EDDIE WAYNE SNEAD | ) | |

This cause comes before the Court on defendant's motion seeking compassionate release under 18 U.S.C. § 3582(c)(1)(A). [DE 249]. Since the filing of his motion for compassionate release, defendant has been released from imprisonment. *See* https://www.bop.gov/inmateloc/; *see also* [DE 249] at 4.

The Fourth Circuit has held that motions for compassionate release are moot when the movant has been released. *See United States v. Anderson*, No. 22-7300, 2023 WL 2625625, at *1 (4th Cir. Mar. 24, 2023); *United States v. Jackson*, No. 22-7140, 2023 U.S. App. LEXIS 19100, at *1 (4th Cir. July 26, 2023). As the Court can no longer grant defendant the relief he seeks in his motion for compassionate release – a reduction in his sentence to time served – it lacks jurisdiction to consider the motion. The Court, therefore, DENIES defendant's motion for compassionate release [DE 249] WITHOUT PREJUDICE as MOOT. The motions to seal defendant's personal medical information [DE 251]; [DE 255] are GRANTED.

SO ORDERED, this **10** day of June 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE