IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-281-D

UNITED STATES OF AMERICA, )
)
v. )
) **ORDER**
EDDIE WAYNE SNEAD, )
)
Defendant. )

The United States (including U.S. Probation) SHALL respond to defendant's motion to terminate supervised release [D.E. 257] not later than December 19, 2025.

SO ORDERED. This 24 day of November, 2025.

JAMES C. DEVER III
United States District Judge