IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-281-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EDDIE WAYNE SNEAD, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the United States' response in opposition [D.E. 262], the court DENIES defendant's motion for early termination of supervised release [D.E. 257].

SO ORDERED. This 19 day of December, 2025.

JAMES C. DEVER III
United States District Judge